AO 442 (Rev. 11/11) Arrest Warrant


SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Ramon Betances<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 18cr10327 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ramon Betances                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:
   Conspiracy to distribute controlled substances in violation of 21 U.S.C. 846.

Date:   09/19/2018

*Kellyann Belmont*
*Issuing officer's signature*

Kellyann Belmont, Deputy Clerk
~~Hon. Donald L. Cabell, U.S. Magistrate Judge~~
*Printed name and title*

City and state:   Boston, Massachusetts

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*