AO 442 (Rev. 11/11) Arrest Warrant

SEALED

106'/08S7

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  18cr 10327 - PBS DLC |
| Ramon Betances | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ramon Betances

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute controlled substances in violation of 21 U.S.C. 846.

Date:     09/19/2018

City and state:     Boston, Massachusetts

*Kellyann Belmont*
*Issuing officer's signature*

Kellyann Belmont, Deputy Clerk
Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     WARRANT EXECUTED BY *(illegible)* _____   *Arresting officer's signature* <br> BY ARREST/ARRAIGNMENT OF THE <br> DEFENDANT ON  9/20/18 _____   *Printed name and title* |